FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

IMELDA FLORES, et al., ) CV 14-5917-UA (SH)
) ORDER SUMMARILY
        Plaintiffs, ) REMANDING IMPROPERLY
) REMOVED ACTION
  v. )
)
HUGO DIAZ, )
)
        Defendant. )

      The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

      On July 29, 2014, Defendant Hugo Diaz, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the

1 action to state court.

2     Simply stated, Plaintiffs could not have brought this action in federal court
3 in the first place, in that Defendant does not competently allege facts supplying
4 either diversity or federal question jurisdiction, and therefore removal is improper.
5 28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,
6 563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of
7 citizenship exists, the amount in controversy does not exceed the diversity
8 jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the
9 contrary, the unlawful detainer complaint recites that the amount in controversy
10 does not exceed $10,000.

11     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
12 Superior Court of California, Los Angeles County, Pasadena Courthouse, 300 East
13 Walnut, Pasadena, CA 910101, for lack of subject matter jurisdiction pursuant to
14 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to the
15 state court; and (3) that the Clerk serve copies of this Order on the parties.

16     IT IS SO ORDERED.

17 DATED: 8/6/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE

2